# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

ALLEGHENY COUNTY,

    Petitioner

v.

MATTHEW VAN BIBBER,

    Respondent

: No. 5 WAL 2025
:
:
:
: Petition for Allowance of Appeal
: from the **Unpublished**
: **Memorandum Opinion and**
: **Order** of the Commonwealth
: Court at No. 379 CD 2023 entered
: on December 17, 2024, **reversing**
: the Lower Court Order of the
: Allegheny County Court of
: Common Pleas at No. SA22-343
: entered on March 27, 2023

ALLEGHENY COUNTY,

    Petitioner

v.

PATRICIA WEAVER,

    Respondent

: No. 6 WAL 2025
:
:
:
: Petition for Allowance of Appeal
: from the **Unpublished**
: **Memorandum Opinion and**
: **Order** of the Commonwealth
: Court at No. 380 CD 2023 entered
: on December 17, 2024, **reversing**
: the Lower Court Order of the
: Allegheny County Court of
: Common Pleas at No. SA22-342
: entered on March 27, 2023

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of July, 2026, the Petition for Allowance of Appeal is **GRANTED**, the order of the Commonwealth Court is **VACATED**, and the case is **REMANDED** to the Commonwealth Court for reconsideration in light of *Honey v.*

*Lycoming County Offices of Voter Services*, ___ A.3d ___, 2026 WL 1169907 (Pa. Apr. 28, 2026).